**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JOYCE CUCCIA,

                Plaintiff,

- against -

CITY OF PEEKSKILL,

                Defendant.

------------------------------------x

ECF Case

SDNY Case No. 7:21-cv-04856

**NOTICE OF DISMISSAL**

Plaintiff, JOYCE CUCCIA, by her attorneys, FRUMKIN & HUNTER LAW PC, hereby withdraws and dismisses with prejudice her Complaint against Defendant, the CITY OF PEEKSKILL, without costs to either party against the other.

Dated: August 4, 2021
White Plains, New York

**FRUMKIN & HUNTER LAW PC**

By: /s/ Elizabeth E. Hunter
Elizabeth E. Hunter
Attorneys for Plaintiff
199 Main Street, Suite 800
White Plains, New York 10601
(914) 468-6096

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/10/2024

Dated: White Plains, NY
May 10, 2024

SO ORDERED:

/s/ Nelson S. Román
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE